# Court of Appeals
# of the State of Georgia

ATLANTA,  August 15, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0019.  LISA RENIA CYPRESS v. STACEY K. HYDRICK, JUDGE.**

Lisa Renia Cypress filed a pro se petition in the Supreme Court, which ascertained no basis for its jurisdiction and transferred the matter to this Court. See Case No. S25O1350 (Aug. 12, 2025).

In her petition, Cypress seeks relief directly from the appellate court compelling the Superior Court of DeKalb County to reinstate her filing rights; ordering the administrative and judicial records of "all blocked filings, void orders, and internal communications to be disclosed and reviewed"; and accepting her filing as a judicial misconduct complaint against the superior court judge. She complains that her wrongful foreclosure action remains pending in superior court, that the court improperly enjoined her from filing further motions without justification or proper notice, and that the Judicial Qualifications Commission summarily dismissed her misconduct complaint against the superior court judge.

We lack jurisdiction to grant the relief she seeks. Georgia's appellate courts have jurisdiction to issue writs of mandamus or prohibition, but as our Supreme Court recently explained, "it will be an 'extremely rare' circumstance that would require a party to seek a writ of mandamus in [an appellate court] in the first instance[.]"[1] Indeed, we are authorized to issue such relief "only in matters related to an appeal or impending appeal, when necessary in aid of appellate jurisdiction or to protect or

---

[1] *Arnold v. Alexander*, 321 Ga. 330, 335 (1) n.6 (914 SE2d 311) (2025).

effectuate appellate court judgments."[2] The present case is not one of those extremely rare circumstances. And, to the extent that Cypress requests that this Court accept her filing as a complaint of judicial misconduct, we lack jurisdiction.[3] This petition is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*   08/15/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[2] Id. at 335 (1).

[3] See generally Rules 2, 3, and 25 of the Rules of the Judicial Qualifications Commission of Georgia.